# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1222

_____

Betty R. Porter,                             *
                                             *
            Appellant,                       *      Appeal from the United States
                                             *      District Court for the
      v.                                     *      District of Minnesota.
                                             *
Jennifer Welsh, M.D.; William Miller,        *          [UNPUBLISHED]
M.D.,                                        *
            Appellees.                       *

_____

Submitted:  June 6, 2003
    Filed:  August 19, 2003

_____

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Betty R. Porter appeals the decision of the District Court[1] to grant summary judgment to the defendants in her diversity medical malpractice action after the District Court determined that Porter had failed to meet the requirements of Minn. Stat. § 145.682 (West 1998) (certification of expert review). Having reviewed de novo the Court's interpretation and application of § 145.682, see Reimer v. City of Crookston, 326 F.3d 957, 961 (8th Cir. 2003), we agree with the District Court that expert testimony was required and that a psychologist was not qualified to render

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

expert opinions in this case.  Accordingly, we affirm, <u>see</u> 8th Cir. R. 47B, and we deny Porter's motion to supplement the record.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.